

Wall Street Plaza, 88 Pine Street, 21st Floor, New York, NY 10005-1801
(212) 376-6400  Fax (212) 376-6490

Direct Dial:  (212) 376-6413
Email:  rdlane@mdwcg.com

September 10, 2020

**Via Email**
Justin B. Perri (Justin@blackstone-law.com)
Alexander J. Urbelis (Alex@blackstone-law.com)
John D. Lovi (John@ blackstone-law.com)
Blackstone Law Group
1201 Broadway
New York, New York 10001

      RE:   *Little Red Robot LLC v. Volvox Labs LLC and Vvox Studio*
            EDNY Index No.: 1:19-cv-04426-CBA-ST
            Our File No.:       21263.00273

Dear Counsel:

    As you know, this firm, along with Pierce & Kwok LLP, represents the defendant, Volvox Labs LLC ("Volvox") in the above-referenced matter.  Enclosed please find Volvox's Partial Motion to Dismiss the Third Amended Complaint, which consists of the Notice of Motion and Memorandum of Law in support.  Pursuant to the Court's Individual Rules of Practice, all motion papers will be filed after the motion is fully briefed.

                         Respectfully submitted,

                         R. David Lane, Jr.

RDL:dml
Enclosure

cc: Aaron Pierce via email