**AFFIDAVIT OF SERVICE**

PIERCE & KWOK, LLP

U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

LITTLE RED ROBOT LLC

PLAINTIFF

- vs -

VOLVOX LABS LLC, ETAL       _Lehi Ligan_

DEFENDANT

index No. 1:19-CV-04426-CBA-ST
Date Filed
File No.
Court Date:
**AFFIDAVIT OF SERVICE**

STATE OF _California_, COUNTY OF _San Joaquin_ :SS:

_Layla Shackelford_, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _CA_.

On _9/23/2021_ at _2:35 pm_,

at 802 14TH ST. #G MODESTO, CA 95354

deponent served the within **THIRD PARTY SUMMONS & THIRD PARTY COMPLAINT, ANSWER TO THIRD AMENDED COMPLAINT WITH COUNTERCLAIMS** on: **LEHI LIGAN**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

___ #2 CORPORATION   By delivering a true copy of each to _____ personally,

deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON   By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR   By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by

___ #5 MAIL COPY   ~~On _____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

___ #6 DESCRIPTION (USE WITH #1, 2 OR 3)   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: _____   Color: _____   Hair: _____
Age: _____   Height: _____   Weight: _____
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES   The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

___ #8 MILITARY SRVC   Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

_X_ #9 OTHER   _Bad address. Business not at this location_

_Layla Shackelford_

NOTARY NAME & ~~DATE~~   _See attached_

PM Legal, LLC
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-PKLLP-5405832

P5405832

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Joaquin

Subscribed and sworn to (or affirmed) before me on this 28th day of September, 2021, by Layla E. Shackelford, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

YAZMIN FLORSHEIM
Notary Public - California
San Joaquin County
Commission # 2258389
My Comm. Expires Sep 18, 2022

(Seal)    Signature Yazmin Florsh.