| Attorney(s) | Pierce & Kwok, LLP |
|---|---|
| Purchased/Filed: | |
| State of New York | |
| Court: | U. S. District |
| County: | Eastern Dist. |


P5738026

Amended

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE - THIRD PARTY ACTION

Little Red Robot LLC     Plaintiff

against

Volvox Labs LLC and Vvox Studio

Defendant

Index # 1:19-cv-04426-

Volvox Labs LLC     Plaintiff

against

Lanex and Lehi Ligan

Defendant

Index #

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 65 Yrs.

Weight: 120 Lbs.  Height: 5' 0"  Sex: Female  Color of skin: White
Hair color: Blonde  Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on December 6, 2021, at 12:55 PM, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Third Party Summons & Third Party Complaint Answer To Third Amended Complaint with Counterclaims

on **Lanex LLC**, the Defendant in this action, by delivering to and leaving with Sue Zouky AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section LIMITED LIABILITY COMPANY LAW §304

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
16th day of December, 2021

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette
**Invoice·Work Order # 2139024**