# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | July 28, 2022 |
| TIME: | 12:00 P.M. |
| DOCKET NUMBER(S): | CV-19-4426 (CBA) |
| NAME OF CASE(S): | Little Red Robot LLC v. Volvox Labs LLC et al. |
| FOR PLAINTIFF(S): | Perri |
| FOR DEFENDANT(S): | Lane, Pierce |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | N/A |

RULINGS FROM Discovery Conference:

The Court sets the following discovery deadlines:

Deadline for motions to join new parties or amend pleadings - 8/12/22;

First requests for production of documents and interrogatories due by - 8/29/22;

All fact discovery to be completed by 12/13/22;

Exchange of expert reports - 1/13/23;

Expert depositions completed by - 2/13/23;

All discovery completed by - 4/28/23;

Final date to take first step in dispositive motion practice - 5/28/23.

Parties will advise the Court when a settlement conference would be productive. Defendants shall attempt to serve the Third Party Complaint through the Hague Convention against the foreign Third Party Defendants. If a new party enters the case, the parties will advise the Court of any necessary revisions to the discovery schedule.